NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001315
06-MAR-2015
08:25 AM

NO. CAAP-14-0001315

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
IOSEFA MEAFUA PASENE, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 09-1-0472)

ORDER OF CORRECTION
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

The Order Dismissing Appeal for Lack of Appellate Jurisdiction filed on March 3, 2015, is hereby corrected as follows:

In the caption on the first page, below the identification of the parties, the reference to the court is corrected to read:

**APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT**

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawaiʻi, March 6, 2015.

Presiding Judge

Associate Judge

Associate Judge